AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC BOUCHER, on behalf of himself and all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>BJORN CAPITAL GROUP LLC d/b/a THE POD COMPANY and PODCO LLC<br>*Defendant(s)* | ) | Civil Action No. 5:26-cv-00860-KK-DTBx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PODCO LLC
C/o Registered Agents Inc.
30 N. Gould St. Ste. R
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Victor J. Sandoval, SBN 344461
ALMEIDA LAW GROUP LLC
3415 S Sepulveda Blvd. Ste. 1121
Los Angeles, CA 90034
562-534-5907
victor@almeidalawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 16, 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 5:26-cv-00860-KK-DTBx

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* POD CO LLC was received by me on *(date)* October 19, 2026.

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sarah Harris , who is designated by law to accept service of process on behalf of *(name of organization)* POD CO LLC on *(date)* Mon, Oct 19 2026 ; or

☐ I returned the summons unexecuted because: ____________ ; or

☐ Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: October 21, 2026

[signature]

*Server's signature*

Dustin Looper- Northwest Legal Process LLC Service Provider

*Printed name and title*

Northwest Legal Process LLC
1910 4th Ave E Suite 34
Olympia, WA 98506
360-810-8009

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 19, 2026, 11:39 am PDT at 30 NORTH GOULD STREET SUITE R, SHERIDAN, WY 82801 received by Sarah Harris.
Documents served to Sarah Harris, registered agent intake specialist for Registered Agents Inc., accepted the service packet after reviewing the agent's records and confirming statutory agent status.

Documents served:
FIRST AMENDED CLASS ACTION COMPLAINT
SUMMONS IN A CIVIL ACTION